SCOVILL MFG. CO. v. TOWN OF WAKE FOREST

No. 452P82.

Case below: 58 N.C. App. 15.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 25 August 1982.

SHEETS v. SHEETS

No. 318P82.

Case below: 57 N.C. App. 336.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 August 1982.

SHEPHERD v. CONNESTEE

No. 377P82.

Case below: 57 N.C. App. 371.

Petition by plaintiffs for writ of certiorari to North Carolina Court of Appeals denied 25 August 1982.

STATE v. ANDERSON

No. 420P82.

Case below: 57 N.C. App. 602.

Petition by defendants for discretionary review under G.S. 7A-31 denied 25 August 1982.

STATE v. BEASLEY

No. 343P82.

Case below: 57 N.C. App. 208.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 3 August 1982. Motion by defendant to dismiss appeal for lack of significant public interest allowed 3 August 1982.